No. 98–9931. Alford v. United States Court of Appeals for the District of Columbia Circuit (three judgments). C. A. D. C. Cir. Certiorari denied.

No. 98–9932. Bacchus v. United States. C. A. 3d Cir. Certiorari denied.

No. 98–9934. Brigaerts v. United States District Court for the Northern District of California. C. A. 9th Cir. Certiorari before judgment denied.

No. 98–9935. Woods v. Indiana. Sup. Ct. Ind. Certiorari denied.

No. 98–9937. Coe v. Prunty, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 98–9938. Cook v. Brown et al. C. A. 3d Cir. Certiorari denied.

No. 98–9939. Cox v. United States. C. A. 10th Cir. Certiorari denied.

No. 98–9940. Barnes v. United States. C. A. 4th Cir. Certiorari denied.

No. 98–9941. Coffey v. Booker, Superintendent, Mississippi State Penitentiary, et al. C. A. 5th Cir. Certiorari denied.

No. 98–9942. Browner v. Bowersox, Superintendent, Potosi Correctional Center. C. A. 8th Cir. Certiorari denied.

No. 98–9943. Jones v. United States. C. A. 6th Cir. Certiorari denied.

No. 98–9944. Marshall v. United States. C. A. 10th Cir. Certiorari denied.

No. 98–9945. Jimenez-Roman v. United States. C. A. 9th Cir. Certiorari denied.

No. 98–9946. Messina v. United States. C. A. 6th Cir. Certiorari denied.

No. 98–9949. Ahmad v. United States. C. A. 2d Cir. Certiorari denied.